UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

DEVORAH RAVITZ,                                      Civil Action No:

                    Plaintiff,           7:20-cv-01521-VB


    -v.-


DISCOVER BANK,

                   Defendant.
-----------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for Plaintiff Devorah Ravitz and Defendant Discover Bank on behalf of the parties in the above-

captioned action, that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that this action is dismissed with prejudice and without costs to either

party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 28, 2020

| **For Plaintiff Devorah Ravitz** | **For Defendant Discover Bank** |
|---|---|
| David Paul Force<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500<br>dforce@steinsakslegal.com | Daniel Noah Bertaccini<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 11215<br>212-806-6497<br>dbertaccini@stroock.com |

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 29, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David Paul Force*
David Paul Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
